| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: **DISTRICT OF NORTH DAKOTA** |
| Case number (if known): _____    Chapter you are filing under:<br>☐ Chapter 7<br>☐ Chapter 11<br>☐ Chapter 12<br>☒ Chapter 13 |

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy     12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

|   |   | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Blake**<br>First Name<br><br>_____<br>Middle Name<br><br>**Fitzgerald**<br>Last Name<br><br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | _____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name | _____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – _5_ _7_ _4_ _1_<br>OR<br>9xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9xx – xx – ___ ___ ___ ___ |

Debtor 1  **Blake**　　　　　　　　　　　**Fitzgerald**　　　　　　　　Case number (if known) _____
　　　　　First Name　　　Middle Name　　Last Name

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

☑ I have not used any business names or EINs.　　☐ I have not used any business names or EINs.

_____　　_____
Business name　　　　　　　Business name

_____　　_____
Business name　　　　　　　Business name

_____　　_____
Business name　　　　　　　Business name

___ ___ – ___ ___ ___ ___ ___ ___ ___　　___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN　　　　　　　　　　　　　　EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___　　___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN　　　　　　　　　　　　　　EIN

**5. Where you live**　　　　　　　　　　　　　　　　**If Debtor 2 lives at a different address:**

**508 19th Ave W Unit F**　　　　　　　　　_____
Number　Street　　　　　　　　　　　　　　Number　Street

_____　　_____

_____　　_____

**West Fargo**　　**ND**　**58078**　　　　　_____
City　　　　　　State　ZIP Code　　　　　　City　　　　　State　ZIP Code

**Cass**　　　　　　　　　　　　　　　　　_____
County　　　　　　　　　　　　　　　　　　County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____　　_____
Number　Street　　　　　　　　　　　　　　Number　Street

_____　　_____
P.O. Box　　　　　　　　　　　　　　　　　P.O. Box

_____　　_____
City　　　　　　State　ZIP Code　　　　　　City　　　　　State　ZIP Code

**6. Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

**Part 2: Tell the Court About Your Bankruptcy Case**

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☑ Chapter 13

Debtor 1  **Blake** _____ **Fitzgerald** _____    Case number (if known) _____
          First Name   Middle Name   Last Name

**8. How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☑ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay Your Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes.

District _____ When _____ Case number _____
                              MM / DD / YYYY
District _____ When _____ Case number _____
                              MM / DD / YYYY
District _____ When _____ Case number _____
                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

Debtor _____ Relationship to you _____
District _____ When _____ Case number, _____
                              MM / DD / YYYY   if known

Debtor _____ Relationship to you _____
District _____ When _____ Case number, _____
                              MM / DD / YYYY   if known

**11. Do you rent your residence?**

☐ No. Go to line 12.
☑ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

  ☑ No. Go to line 12.
  ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it with this bankruptcy petition.

Debtor 1  **Blake** _____ **Fitzgerald** _____   Case number (if known) _____
First Name    Middle Name    Last Name

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No. Go to Part 4.
☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

_____
Number    Street

_____

_____
City        State    ZIP Code

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| Part 4: | Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes. What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property? _____
Number    Street

_____

_____
City        State    ZIP Code

| Debtor 1 | **Blake** | | **Fitzgerald** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
You must check one:

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
You must check one:

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **Blake**           **Fitzgerald**                     Case number (if known) _____
         First Name   Middle Name   Last Name

| Part 6: | Answer These Questions for Reporting Purposes |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
  ☐ No. Go to line 16b.
  ☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
  ☐ No. Go to line 16c.
  ☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts.
  _____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

  ☑ No. I am not filing under Chapter 7. Go to line 18.
  ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
    ☐ No
    ☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49           ☐ 1,000-5,000       ☐ 25,001-50,000
☑ 50-99          ☐ 5,001-10,000      ☐ 50,001-100,000
☐ 100-199        ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000              ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000              ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☑ $100,001-$500,000       ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion

| Debtor 1 | **Blake** | | **Fitzgerald** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Blake Fitzgerald**                                X _____
Blake Fitzgerald, Debtor 1                                   Signature of Debtor 2

Executed on **07/13/2016**                                   Executed on _____
MM / DD / YYYY                                                              MM / DD / YYYY

| Official Form 101 | Voluntary Petition for Individuals Filing for Bankruptcy | page 7 |
|---|---|---|

| Debtor 1 | **Blake** | | **Fitzgerald** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ Bruce L. Madlom**                                    Date **07/13/2016**
Signature of Attorney for Debtor                                  MM / DD / YYYY

**Bruce L. Madlom**
Printed name

**Madlom Law Office**
Firm Name

**1330 Gateway Dr. S.W.**
Number         Street

**P.O. Box 9693**

_____

**Fargo**                                          **ND**          **58106-9693**
City                                              State           ZIP Code

Contact phone  **(701) 235-0505**        Email address _____

**04716**                                          **ND**
Bar number                                         State

Official Form 101          **Voluntary Petition for Individuals Filing for Bankruptcy**          page 8

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA
FARGO DIVISION**

IN RE:   **Blake Fitzgerald**                                              CASE NO

                                                                           CHAPTER   **13**

## VERIFICATION OF CREDITOR MATRIX

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  7/13/2016                                    Signature  /s/ Blake Fitzgerald
                                                              *Blake Fitzgerald*

Date  _____                          Signature  _____

```
1st Collection Services
1092 Otter Creek East Blv
Mablevale, AR 72103-1661


7 Day Clinic
1120 28th Ave N.
Fargo, ND 58102


Aaland Law (Attorney Gehrig)
415 11th St S
Fargo, ND 58103


Aaland Law (Attorney Hopper)
415 11th St S
Fargo, ND 58103


Affinity Plus Federal Credit Union
175 Lafayette Rd
Saint Paul, MN 55107


Ally
P.O. Box 380902
Bloomington, MN 55438-0902


Altru Health Systems Clinic
PO Box 13780
Grand Forks, ND 58206-6003


American Honda Finance Corp
3625 W Royal Ln, Ste 100
Irving, TX 75063


Brenda Barfield, DDS
2701 9th Ave
Fargo, ND 58103
```

```
Brookstone Property LLC
1153 43rd Ave W
West Fargo, ND 58078



Buckle/ World Financial Network Bank
3100 Easton Square Place
Columbus, OH 43219



Cable One
1314 North 3rd St
Phoenix, AZ 85004



Capital One
PO Box 30285
Salt Lake City, UT 84130



Cass County Court
211 S. 9th St.
Fargo, ND 58103



Cass County Electric Coop
4100 32nd Ave S
Fargo, ND 58104



Chad & Jaquelyn Gibbon
522 Arrowwood Dr
Horace, ND 58047



Citibank
PO Box 6062
Sioux Falls, SD 57117



City of Fargo
PO Box 1066
Fargo, ND 58107
```

```
City of Horace
215 Park Dr E
Horace, ND 580407




Clay County Court
807 11th St N
Moorhead, MN 56560




Collection Center/Startek
425 N 5th St
Bismarck, ND 58501




Credit Collection Services
PO Box 607
Norwood, MA 02062




Diversified Consultants, Inc.
PO Box 551268
Jacksonville, FL 32255-12686




Gate City Bank
500 2nd Ave N
Fargo, ND 58103




Gate City Bank
500 2nd Ave N
Fargo, ND 58102




GE Capital Credit
PO Box 960061
Orlando, FL 32896-00661




Great Lakes Higher Education
PO Box 7859
Madison, WI 53707
```

```
Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Jefferson Capital Systems
16 McLeland Road
St. Cloud, MN 56303


Judy Straw
418 5th Ave SE
Baudette, MN 56623


Kohls/CapOne
PO Box 3115
Milwaukee, WI 53201


Lance Straabe
1305 124th Ave
Hope, ND 58046


Messerli & Kramer PA
3033 Campus Drive, Ste 250
Plymouth, MN 55441


Midland Credit Managment Inc
8875 Aero Dr, Ste 200
San Diego, CA 92123-2255


Midland Funding
2365 Northside Drive, Suite 300
San Diego, CA 92108


Portfolio Recovery Associates
120 Corporate BLVD
Norfolk, VA 23502
```

Case 16-30351    Doc 1    Filed 07/14/16    Entered 07/14/16 17:00:22    Desc Main
Document      Page 13 of 15

```
Prairie Property Management
4675 40th Ave S #110
Fargo, ND 58104



Progressive
24344 Network Place
Chicago, IL 60673



Red River Collections
1644 Tom Williams Dr S
Fargo, ND 58104-6187



Sam's Club/Synchrony Bank
PO Box 965005
Orlando, FL 32896-5005



SLFC
501 Bleeker St
Utica, NY 13501



Sprint
PO Box 4191
Carol Stream, IL 60197-4191



Target National Bank
PO Box 673
Minneapolis, MN 55440



Todd Fitzgerald
1400 Florida Ave. N
Golden Valley, MN 55422



United Accounts Inc
PO Box 9331
Fargo, ND 58106-9331
```

```
Verizon Wireless
P.O. Box 4002
Acworth, GA   30101



Virtuoso Sourcing Group
4500 Cherry Creed S Dr, Suite 300
Denver, CO 80264



World Financial Network Bank
3100 Easton Square Place
Columbus, OH 43219



Xcel Energy
PO Box 9477
Minneapolis, MN 55484-9417
```