# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

_____

In Re:                                                    Case No.: 16-30351

Blake Fitzgerald,                                         Chapter 13 Case
      Debtor.
_____

## RESPONSE TO TRUSTEE'S MOTION TO DISMISS
_____

      Blake Fitzgerald, as his Response to the Trustee's Motion to Dismiss, resists the Motion for the following reason:

      1.      Debtor acknowledges that he is in default with his Chapter 13 Payments.

      2.      Debtor intends to become current with his payments.

      3.      Debtor acknowledges that he hasn't provided the Trustee with copies of his 2017 Federal and State Tax Returns yet.

      4.      Debtor has filed for an extension with the IRS to file his taxes. He has been advised by counsel that he needs to get them filed as soon as possible; therefore, Debtor respectfully requests the Court set this matter on for hearing.

      WHEREFORE, Debtor respectfully requests that the Court deny Trustee's Motion For Dismissal and set this matter on for hearing no sooner than August 1, 2018 to allow the Debtor to prepare and file his 2017 Federal and State Taxes.

      Dated this 3rd day of July, 2018.

      /s/ Bruce L. Madlom
Bruce L. Madlom (ND Atty Lic.# 04716)
Attorney at Law
1330 Gateway Drive SW
P.O. Box 9693
Fargo, ND 58106-9693
(701) 235-0505
ATTORNEY FOR DEBTOR